**F. C. BELDEN v. TOWN OF LAKE PARK (formerly Kelsey City), a municipal corporation of Florida.**

23 So. (2nd) 735                                     June Term, 1945
November 16, 1945                                          Division A

*A. R. Roebuck* and *John Ziegler,* for appellant.

*Edward G. Newell,* for appellee.

PER CURIAM:

Affirmed on the authority of McPherson v. Town of Lake Maitland, 134 Fla. 720, 184 So. 487.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

**J. C. NOWLING v. FIRST NATIONAL BANK IN PALM BEACH, a national banking corporation.**

23 So. (2nd) 735                                     June Term, 1945
November 16, 1945                                          Division B

*E. B. Donnell,* for appellant.

*Bert Winters* and *W. J. Lake,* for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.